IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHELLY BLAKELY,

                Plaintiff,

       v.

ALSCO METALS CORPORATION,

                Defendant.

ORDER

08-cv-214-slc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Counsel in this case have advised the court that Alsco Metals Corporation has filed for bankruptcy.

       Because the proceedings in bankruptcy may dispose of this entire case, IT IS ORDERED that the case is DISMISSED without prejudice, subject to the condition that this order of dismissal shall be vacated in the event that the bankruptcy proceeding is terminated without disposing of the rights of the parties in this case, or a timely request is made by either party that this order to dismiss without prejudice be vacated, or for any other reason necessary to prevent manifest injustice.  In the event that this order of dismissal is vacated, the parties shall have all such rights as if this case had not been dismissed.

       Entered this 22nd day of February, 2009.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge